417 A.2d 772

Commonwealth v. Mack, Appellant.

Submitted October 26, 1978. Norman A. Levine, Assistant Public Defender, for appellant; Howard C. Klebe, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

HOFFMAN, J. concurred in the result.